IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAKARY KALLE                                          :
                                                     :          CIVIL ACTION
             v.                                       :          No. 26-4125
                                                     :
WARDEN OF THE FEDERAL                                 :
DETENTION CENTER                                      :
PHILADELPHIA, *et al.*                                :

## ORDER

This 16th day of June, 2026, after initial review of Petitioner Kalle's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1.  Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2.  Respondents shall file any response to the Petition on the ECF filing system no later than **10:00 a.m.** on **June 18, 2026**, or show cause why such an expedited response is not feasible.

3.  As part of their response, Respondents shall disclose whether Petitioner is subject to any pending or prospective criminal charges in the United States or elsewhere.[1]

                                      /s/ Gerald Austin McHugh
                                      United States District Judge

---

[1] If such disclosure could compromise an ongoing investigation, Respondents may in the first instance provide such disclosure on an *ex parte* basis to Chambers.